# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ZACHARY GIVEN, KRISTOPHER LAWSON, VINCENT MCCLEERY, and SEAN MCMURRAN**, individually and on behalf of other persons similarly situated, | : : : : : : | CIVIL ACTION NO. 1:17-CV-1266 (Chief Judge Conner) |
| **Plaintiffs** | : : | |
| v. | : : | |
| **LOVE'S TRAVEL STOPS & COUNTRY STORES, INC.,** | : : : | |
| **Defendant** | : | |

## **ORDER**

AND NOW, this 12th day of March, 2018, upon consideration of the parties' joint proposal (Doc. 71) of notice and consent-to-join collective action form pursuant to the Fair Labor Standards Act of 1938, 29 U.S.C. § 201 *et seq.*, wherein the parties seek court approval of the proposed notice and consent-to-join form (Doc. 71-1) to putative opt-in collective action members, and the parties representing that one outstanding disagreement as to the content of the notice exists, (Doc. 71 at 1), and the parties having fully briefed the issue in dispute, (Docs. 74, 75), and it appearing that the court may set the parameters of a notice to putative opt-in collective action members, Hodzic v. Fedex Package Sys., Inc., No. 15-956, 2016 WL 6248078, at *9 (W.D. Pa. Oct. 26, 2016) (quoting Hoffmann–La Roche v. Sperling, 493 U.S. 165, 172 (1989)), it is hereby ORDERED that:

1. The following sentence shall be added to section 6 of the parties' joint proposed notice (Doc. 71-1): "You may be required to participate in a court proceeding."

2. Notwithstanding the modification in paragraph one, the parties' joint proposed notice and consent-to-join form are approved.

3. The parties are directed to meet and confer and file a proposed order setting forth all pertinent notice-related deadlines by **Thursday, March 15, 2018**. This proposed order shall include, *inter alia*, the date by which defendant shall supply a contact list of all putative opt-in collective action members and the date by which the notice and consent-to-join form shall be mailed.

4. Any list of names and addresses generated for the purpose of complying with this order shall be kept confidential and must be used only for purposes of mailing the notice and consent-to-join form.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania