# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ZACHARY GIVEN, KRISTOPHER LAWSON, VINCENT MCCLEERY, and SEAN MCMURRAN**, individually and on behalf of other persons similarly situated, | : : : : : : | CIVIL ACTION NO. 1:17-CV-1266 (Chief Judge Conner) |
| **Plaintiffs** | : : | |
| v. | : : : | |
| **LOVE'S TRAVEL STOPS & COUNTRY STORES, INC.**, | : : : | |
| **Defendant** | : | |

# **ORDER**

AND NOW, this 22nd day of May, 2018, upon consideration of defendant's motion (Doc. 63) for sanctions pursuant to Federal Rule of Civil Procedure 37 against plaintiff Zachary Given and his attorneys, and the motion having been fully briefed, (Docs. 67, 80, 107, 108), and for the reasons stated in the accompanying memorandum, it is hereby ORDERED that:

1. Defendant's motion (Doc. 63) for sanctions is GRANTED in part and DENIED in part.

2. Plaintiff Zachary Given's claim against defendant Love's Travel Stops & Country Stores, Inc. is DISMISSED.

3. The Clerk of Court is DIRECTED to terminate plaintiff Zachary Given as a party to the above-captioned action.

4. Plaintiffs' counsel shall pay the sum of $1,028.68 in costs to defendant.

5. Defendant's motion (Doc. 63) for sanctions is otherwise DENIED.

          /S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania