# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KRISTOPHER LAWSON, VINCENT MCCLEERY, and SEAN MCMURRAN, Individually and on Behalf of All Other Persons Similarly Situated,<br><br>                Plaintiffs,<br><br>        -against-<br><br>LOVE'S TRAVEL STOPS & COUNTRY STORES, INC.,<br><br>                Defendant. | Case No.: 1:17-cv-01266-CCC |

## **JOINT NOTICE OF SETTLEMENT**

Plaintiffs Kristopher Lawson, Vincent McCleery, and Sean McMurran (collectively, "Plaintiffs") and Love's Travel Stops & Country Stores, Inc. ("Defendant"), by and through the undersigned counsel, hereby provide notice to the Court that the Parties have reached a settlement and are in the process of drafting the formal set of documents to memorialize same.

RESPECTFULLY SUBMITTED THIS 24th DAY OF JULY, 2020, BY:

*/s/Paolo C. Meireles*
Paolo C. Meireles (*pro hac vice* admitted)
Gregg I. Shavitz (*pro hac vice* admitted)
Logan A. Pardell (*pro hac vice* admitted)
**SHAVITZ LAW GROUP, P.A.**
951 Yamato Rd, Suite 285
Boca Raton, Florida 33431
Telephone: (561) 447-8888

*/s/ Matthew Hank*
Matthew J. Hank (PA No. 86086)
Donald W. Myers (PA No. 92704)
Rachel Fendell Satinsky (PA No. 308751)
Marc D. Esterow (PA No. 323020)
**LITTLER MENDELSON, P.C.**
Three Parkway, Suite 1400
1601 Cherry Street

Facsimile: (561) 447-8831

Rebecca Predovan (*pro hac vice* admitted)
Marc S. Hepworth (*pro hac vice* admitted)
Charles Gershbaum (*pro hac vice* admitted)
David A. Roth (*pro hac vice* admitted)
**HEPWORTH, GERSHBAUM &
ROTH, PLLC**
192 Lexington Avenue, Suite 802
New York, New York 10016
Telephone: (212) 545-1199
Facsimile: (212) 532-3801

Gregory S. Spizer, Esq.
**ANAPOL WEISS**
One Logan Square
130 North 18th Street, Suite 1600
Philadelphia, PA 19103
Telephone: (215) 790-4578
Facsimile: (215) 875-7722

Brian L. Kinsley (*pro hac vice* admitted)
**CRUMLEY ROBERTS LLP**
2400 Freeman Mill Road
Greensboro, NC 27406
Telephone: (800) 288-1529
Facsimile: (336) 333-9894
BLKinsley@crumleyroberts.com

Philadelphia, PA 19102
Telephone: (267) 402-3000